Civil Action No. 14-cv-806 LPS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sarah Clarti

was received by me on *(date)* 2-23-16 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Steven Davis / Legal Counsel , who is designated by law to accept service of process on behalf of *(name of organization)* CCS LLC (3821 Lancaster Pike W|D 19804 on *(date)* 2-24-16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 3.54 for travel and $ 65 for services, for a total of $ 68.56 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 2-24-16

*Server's signature*

Robert Sinith / Dusm
*Printed name and title*

844 King St Ste 1100 W|D 19801
*Server's address*

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

6

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RYAN RICHMOND | 1:14-CV-00806-LPS |
| DEFENDANT | TYPE OF PROCESS |
| SARAH CLARTI | COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORRECT CARE SOLUTIONS LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1201 COLLEGE PARK DR. SUITE 101 DOVER DE, 19904

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RYAN RICHMOND SBI#610577
JTVCC
1181 PADDOCK RD.
SMYRNA DE, 19977

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RECEIVED 2016 JAN 13 PM — U.S. MARSHALS SERVICE WILMINGTON, DELAWARE
RECEIVED 2015 DEC 23 — U.S. MARSHALS SERVICE WILMINGTON, DE

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: NONE
DATE: 12-3-14-15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 6
District of Origin No. 15
District to Serve No. 15
Signature of Authorized USMS Deputy or Clerk
Date: 1/13/16

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
STEVEN DAVIS - General Counsel

Address (complete only different than shown above):
3821 Lancaster Pike
Wilmington DE 19805

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 12-24-16
Time: 1200 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65 | $3.56 | — | $68.56 | | $68.56 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80