IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RYAN RICHMOND,

    Plaintiff,

v.               Civil Action No. 14-806-LPS

CORRECT CARE SOLUTIONS, LLC,
ET AL.,

    Defendants.

## CLERK'S ENTRY OF DEFAULT

AND NOW TO WIT THIS 16th day of October, 2017, it appearing from the docket that Defendant Patricia Munda has not answered or otherwise moved with respect to the Complaint, and the Plaintiff having requested the entry of a default,

IT IS HEREBY ORDERED, in accordance with FRCP 55(a) that a default is hereby entered against Defendant Patricia Munda.

                     _____
                     DEPUTY CLERK