IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RYAN RICHMOND,
    PLAINTIFF,
    v.    Ca. No: 14-cv-806-LPS
CORRECT CARE SOLUTIONS LLC,
    DEFENDANTS,

RECEIVED JAN 05 2018 U.S. DISTRICT COURT DISTRICT OF DELAWARE

MOTION FOR ENTRY OF DEFAULT JUDGEMENT UNDER FED. R. CIV. P. 55(b)

NOW COMES, PLAINTIFF RYAN RICHMOND, PRO SE, PURSUANT TO FED. R. CIV. P. 55(b) FOR ENTRY OF DEFAULT JUDGEMENT DUE TO DEFENDANT PATRICIA MUNDA FAILING TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT.

1. JUNE 16, 2014, PLAINTIFF FILED HIS COMPLAINT.
2. MAY 29, 2015, PLAINTIFF AMENDED HIS COMPLAINT
3. JANUARY 13, 2016 THE USM-285 FORMS WERE SERVED TO THE LEGAL COUNSEL OF PATRICIA MUNDA, PAMELA MAGEE, CORRECT CARE SOLUTIONS LLC, SARAH CLARTI, AND PHYSICAL THEARPIST SHAWN.
4. JANUARY 12, 2017 THE LEGAL COUNSEL OF PAMELA MAGEE, AND CORRECT CARE SOLUTIONS LLC ANSWERED AND SEPERATED DEFENSES TO THE PLAINTIFF'S RYAN RICHMOND'S AMENDED COMPLAINT.
5. FEBUARY 9, 2017 THE DEFENDANT PATRICIA MUNDA FAILED TO PLEAD OR OTHERWISE DEFEND THE AMENDED COMPLAINT THAT WAS SERVED JANUARY 13, 2016

6. April 11, 2017, Plaintiff requested for the Clerk of the Court to enter default on the Defendant Patricia Munda due to her failing to plead or otherwise defend the amended complaint that was served January 13, 2016.

7. Due to Patricia Munda failing to answer, move, or otherwise respond to the complaint, the entry of a default judgement against her is appropriate. See, e.g., Music City Music v. Alfa Foods, Ltd., 616 F. Supp. 1001, 1002 (E.D. Va. 1985). When a default judgement is entered on the well pled allegations of a complaint, the defendants liability is established. See Broadcast Music, Inc. v. R Bar of Manhattan Inc, 919 F. Supp. 656, 658 (S.D.N.Y. 1996); Schwartz-Liebman Textiles v. Last Exit Corp., 815 F. Supp. 106, 107 (S.D.N.Y. 1992). The court, however, is required to calculate the appropriate amount of damages. It cannot simply accept the Plaintiff's representations on this subject as being true. See Broadcast Music, 919 F. Supp. at 658; Schwartz-Liebman, 815 F. Supp. at 107.

Dated: December 18, 2017

Ryan Richmond #610577
HRYCI
P.O. Box 9561
Wilm. DE, 19809

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AFFIDAVIT OF SERVICE

I, RYAN RICHMOND, BEING SWORN, STATE THAT:
I HAVE SERVED A COPY OF THE ENTRY OF DEFAULT
JUDGEMENT, VIA MAIL BY WAY FOR THE DEPARTMENT OF
CORRECTIONS ON THE 18TH DAY OF DECEMBER, 2017:

OPHELIA M. WATERS, ID#3879
DEPUTY ATTORNEY GENERAL
CARVEL STATE OFFICE BUILDING
820 N. FRENCH STREET, 6TH FLOOR
WILM. DE, 19801

PURSUANT TO 28 U.S.C. §1746, I DECLARE UNDER
PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

RYAN RICHMOND #610577
HRYCI
P.O. Box 9561
WILM. DE, 19809

DATED: DECEMBER 18, 2017

Ryan Richmond
SBI#610577
HRYCI
P.O. Box 9561
Wilm. DE, 19809



Barn Swallow

Office of the Clerk
U.S. District Court
844 N. King St. Unit 18
Wilmington DE, 19801

U.S.M.S. X-RAY

Legal Mail

Legal Mail

1980183570