14cv806 LPS

January 18, 2018

To whom it may concern,

      I'm writing this letter because I Matthew Fisher had received paperwork stating that I'm being accused of some things that had happened to Plaintiff Ryan Richmond. At the time I was C/O Fisher and worked the 4-12 shift at the time and worked with C/O Glick in the infirmary but as May 2014 I no long work for the prison. The plantiff is stating that we didn't follow the dr's orders for him to come out for physcial therapy. If the dr had orders in the inmates chart to stop the therapy that is what we went by or was told by the shift supervisor or shift commander pryer to our shift or we were briefed by the 8-4 shift of the changes to anyone in the infirmary. I don't feel that i'm the cause of what had happened to him or anything else that he is claiming happened to him. I'm sorry if he feels that we caused all his pain. I wish him the best of luck in the near future.



FILED
FEB -1 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

Ryan Richmond

*Plaintiff(s)*

v.

Correct Care Solutions LLC et al

*Defendant(s)*

Civil Action No. 14-806

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Matthew Fisher
9555 Cypress Parkway
Boyton Beach, FL 33472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan Richmond
SBI# 08610577
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____12/08/2017____

_____
*Signature of Clerk or Deputy Clerk*

Fisher
5555 Cypress Parkway
Boynton Beach, FL 33472

FILED
FEB -1 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

United States District
Court for the District of
Delaware, 844 North
No King St, Wilmington, DE 19801

