IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RYAN RICHMOND, :
:
      Plaintiff, :
:
v. : Civ. No. 14-806-LPS
:
CORRECT CARE SOLUTIONS, LLC, et al.,:
:
      Defendants. :

## ORDER

At Wilmington this 24th day of September, 2018, consistent with the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. The Clerk's Entry of Default as to Patricia Munda is VACATED. (D.I. 63)

2. Plaintiff's motion for default judgment as to Patricia Munda is DENIED. (D.I. 75)

3. The motion to compel filed by Correct Care Solutions and Pamela Magee is GRANTED. (D.I. 77) Plaintiff shall respond to the request for production of documents (D.I. 51) on or before October 29, 2018.

4. Plaintiff's request for default as to Matthew Fisher is DENIED. (D.I. 80)

5. Plaintiff's motion to compel is DENIED as to Defendants Correct Care Solutions and Pamela Magee and GRANTED as to Defendants Matthew Fisher, Correctional Officer Glick, Correctional Officer Malloy, and Staff Lt. Farrington. (D.I. 81) Defendants Matthew Fisher, Correctional Officer Glick, Correctional Officer Malloy, and Staff Lt. Farrington shall respond to Plaintiff's second request for production of documents (D.I. 71) on or before October 29, 2018.

6. The motion to amend/correct answer to the amended complaint filed by Defendants Matthew Fisher, Correctional Officer Glick, Correctional Officer Malloy, and Staff Lt. Farrington is

GRANTED. (D.I. 85) They shall file an amended/corrected answer to the amended complaint on or before October 15, 2018.

7. Plaintiff's motion for an extension of time to file a response to Defendants' motion for summary judgment (D.I. 88) is GRANTED. (D.I. 91) Plaintiff's response found at D.I. 96 is considered timely filed.

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE